JEANETTE KULICK, Respondent, v. WILLIAM KULICK, Appellant.—

In our opinion the awards were excessive to the extent indicated herein. Munder, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

OTTO KUNSTADT et al., Respondents, v. WOLF TIETELBAUM et al., Defendants and Third-Party Plaintiffs-Appellants. WESTCHESTER FIRE INSURANCE COMPANY et al., Third-Party Defendants-Respondents.—

Munder, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.